RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

CASE NO. PD-0511-15

ALVIN PETER HENRY, JR., §    IN THE COURT OF CRIMINAL
      Petitioner, §
§    APPEALS AT AUSTIN, TEXAS.
v. §
§
THE STATE OF TEXAS, §
      Appellee. §

## PETITIONER'S NOTICE TO THIS HONORABLE COURT OF HIS APPELLATE

## ATTORNEY FILING A MOTION FOR REHEARING FOR PETITIONER

COMES NOW Alvin Henry, Jr., TDCJ #01935874, Appellant in the above styled and numbered cause and files his notice to advise this Honorable Court that his attorney has filed a Motion for Rehearing on his behalf within the Sixth Court of Appeals, and shows this Honorable Court the following:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

1. The Petitioner filed his Motion for an extention of time to file his Petition for Discretionary Review on about April 24, 2015.

2. On May 4, 2015, this Honorable Court granted this motion and reset the due date to July 17, 2015.

3. On May 18, 2015, the Petitioner's Counsel (Gary L. Waite) sent the Petitioner a copy of the Motion for Rehearing that was filed on May 14, 2015 (showing the same date on the certificate of service).

4. The Petitioner did not expect his attorney to file this Motion for Rehearing, and the Petitioner respectfully implores this Court to allow him to file a second Motion for extention of time to file his Petition for Discretionary Review, IN THE EVENT THAT THE MOTION FOR REHEARING IS DENIED.

5. The Petitioner only seeks to give this Court notice of

page 1

this current event because the Petitioner CANNOT file a Petition for Discretionary Review until, or in the event, that his Motion for Rehearing is denied by the Sixth Court of Appeals.

## PRAYER

Upon this Notice to this Honorable Court, and in the event that his Motion for Rehearing is denied, Petitioner prays that this Court will allow a second Motion for extention of time, and allow the Motion to file a single copy to stand.

## INMATE DECLARATION

I, Alvin Henry, Jr., TDCJ #01935874, being currently incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF MAY 23, 2015.

ALVIN HENRY, Jr.,
#1935874-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Alvin Henry, Jr., TDCJ #01935874, declares under the penalty of perjury that I have placed this mnotice in the internal mail box of the Coffield unit in Anderson County, Texas on May 23, 2015.

ALVIN HENRY, Jr.
#01935874-Cofield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.